People v Hardy (2025 NY Slip Op 06100)

People v Hardy

2025 NY Slip Op 06100

Decided on November 6, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 6, 2025

CR-24-0380
[*1]The People of the State of New York Respondent,
v
Rahmel J. Hardy, Appellant.

Calendar Date:October 3, 2025

Before:Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and McShan, JJ.

Thomas L. Pelych, Hornell, for appellant.
F. Paul Battisti, District Attorney, Binghamton (Mary E. Saitta of counsel), for respondent.

Appeal from a judgment of the County Court of Broome County (Joseph Cawley, J.), rendered January 27, 2023, convicting defendant upon his plea of guilty of the crime of attempted criminal possession of a weapon in the second degree.
In satisfaction of a superior court information, defendant pleaded guilty to attempted criminal possession of a weapon in the second degree and agreed to waive his right to appeal. In accordance with the plea agreement, County Court sentenced defendant, as a second violent felony offender, to a prison term of five years, to be followed by five years of postrelease supervision. Defendant appeals.
Defendant's sole contention on appeal is that the sentence imposed is unduly harsh and severe given various alleged mitigating factors. Defendant's request that we reduce his sentence in the interest of justice is foreclosed, however, by his unchallenged waiver of his right to appeal (see People v Drennen, 236 AD3d 1245, 1247 [3d Dept 2025], lv denied 43 NY3d 1045 [2025]; People v Kozik, 235 AD3d 1065, 1066 [3d Dept 2025], lv denied 43 NY3d 964 [2025]; People v Brown, 197 AD3d 1440, 1440 [3d Dept 2021]).
Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that the judgment is affirmed.